UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                     Case Number 08-20520
v.                                                  Honorable David M. Lawson

KEITH WALKER,

        Defendant.
_____/

**ORDER GRANTING IN PART DEFENDANT'S MOTION FOR REDUCED SENTENCE**

        This matter is before the Court on the defendant's motion for a sentence reduction under the First Step Act of 2018. The Court has reviewed the submissions of the parties and heard oral argument on May 26, 2020. During the hearing the Court announced from the bench its decision to grant in part the defendant's motion and impose a reduced sentence on Count 2 only. However, the defendant's request for resentencing on Count 1 was denied.

        Accordingly, for the reasons stated on the record, it is **ORDERED** that the defendant's motion for a sentence reduction (ECF No. 535) is **GRANTED IN PART** as to resentencing on Count 2s only. The motion is **DENIED** in all other respects. An amended judgment separately shall enter.

                                                                              s/David M. Lawson
                                                                              DAVID M. LAWSON
                                                                              United States District Judge

Dated:  June 1, 2020